BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | MDL. NO. 3009 |

**The parties represented, all of which are defendants, are listed below:**

Bayer Corporation

Bayer HealthCare LLC

Bayer HealthCare Animal Health Inc.

Bayer U.S. LLC

Elanco Animal Health Inc.

Elanco U.S. Inc.