BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In Re: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL. NO. 3009 |
|---|---|

## SCHEDULE OF ACTIONS

| No. | Case Name | District/Division | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | *Rhonda Bomwell and Larry Sites v. Bayer Healthcare LLC, f/d/b/a Bayer Animal Health Division; Bayer U.S. LLC, f/d/b/a Bayer Animal Health Division; Bayer Corp.; Elanco Animal Health, Inc., a/k/a PetBasics; Elanco U.S., Inc., a/k/a PetBasics; and ABC Corps. 1 – 100* | District of New Jersey | 2:21-cv-09479-CCC | Hon. Claire C. Cecchi |
| 2 | *Jennifer Borchek and Lauren Skurkis v. Bayer Healthcare LLC, and Elanco Animal Health, Inc.* | Northern District of Illinois | 1:21-cv-02099-JRB | Hon. John R. Blakey |
| 3 | *John Czerniak v. Bayer Healthcare LLC, and Elanco Animal Health, Inc.* | Southern District of Florida | 9:21-cv-80689-DMM | Hon. Donald M. Middlebrooks |
| 4 | *Darlene Dahlgren v. Bayer Healthcare LLC, and Elanco Animal Health, Inc.* | Southern District of New York | 1:21-cv-03109-AT | Hon. Analisa Torres |
| 5 | *Michaele Dphrepaulezz v. Bayer Healthcare LLC, and Elanco Animal Health, Inc.* | Northern District of California | 3:21-cv-02439-EMC | Hon. Edward M. Chen |
| 6 | *Thomas Maiorino v. Bayer Corporation, & Elanco Animal Health Inc.* | District of New Jersey | 2:21-cv-07579-SDW-LDW | Hon. Susan D. Wigenton |

| No. | Case Name | District/Division | Civil Action No. | Judge |
|---|---|---|---|---|
| 7 | *Michael McDermott And Christina vs. Elanco Animal Health, Inc., and Bayer Healthcare, LLC, and Bayer Healthcare Animal Health, Inc.* | Eastern District of Missouri | 4:21-cv-00461-HEA | Hon. Henry E. Autrey |
| 8 | *Amanda Merriman v. Bayer Healthcare LLC, and Elanco Animal Health, Inc.* | Northern District of California | 3:21-cv-02227-RS | Hon. Richard Seeborg |
| 9 | *Laura Revolinsky vs. Elanco Animal Health Incorporated and Bayer Healthcare LLC* | District of New Jersey | 2:21-cv-10003-SDW-MAH | Hon. Susan D. Wigenton |
| 10 | *Steven Schneider v. Bayer HealthCare LLC, a Delaware limited liability company; Elanco Animal Health, Inc., a Indiana corporation, and DOES 1 through 100, Inclusive* | Central District of California | 2:21-cv-02771-VAP-KS | Hon. Virginia A. Phillips |
| 11 | *Aitana Vargas and Faye Hemsley v. Elanco Animal Health Incorporated* | Central District of California | No. 2:21-cv-02506-VAP-KS | Hon. Virginia A. Phillips |
| 12 | *Jennifer Walsh v. Elanco Animal Health, Inc.* | Southern District of New York | 1:21-cv-02929-AT | Hon. Analisa Torres |