# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL. NO. 3009 |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF LAURA REVOLINKSY'S MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to Rule 6.3 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Animal Health Inc., Bayer U.S. LLC, Elanco Animal Health Inc., and Elanco U.S. Inc. (collectively, "Defendants") hereby request an additional 14 days, up to and including June 3, 2021, to file their response to Plaintiff Laura Revolinsky's Motion for Transfer of Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407, for Coordinated or Consolidated Pretrial Proceedings. (Dkt. No. 1 (the "Motion to Transfer").) In support of this unopposed motion, Defendants state as follows:

1. On April 27, 2021, Plaintiff Laura Revolinsky ("Plaintiff Revolinsky") moved this Panel for an Order pursuant to 28 U.S.C. § 1407 transferring twelve actions (collectively, the "Subject Actions"), filed in seven different District Courts, to the District of New Jersey for coordinated or consolidated pretrial proceedings. (*See* Dkt. No. 1-2.)

2. Defendants' response to this Motion to Transfer is currently due on or before May 20, 2021. (*See* Dkt. No. 5.)

3. Pursuant to Rule 6.1(e) of the Panel's Rules of Procedure, the Clerk of the Panel has the discretion to enlarge the time periods set forth in the Schedule by the Panel, and the Parties may in turn seek extensions of time under Rule 6.3.

4. Plaintiff Revolinsky does not oppose this motion for extension of time. (*See* Declaration of Tarek Ismail ("Ismail Decl.") ¶ 7.) The Plaintiffs in all other Subject Actions also do not oppose this motion for extension of time. (*See id.*)

5. The Panel has directed the parties to "address [in their briefs] what steps they have taken to pursue alternatives to centralization (including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases)." (Dkt. No. 5.) *See also In re Emergency Helicopter Air Ambulance Rate Litig.*, 273 F. Supp. 3d 1365, 1367 (J.P.M.L. 2017) (considering the availability of alternatives to centralization in ruling on motion to transfer). Defendants are currently discussing alternatives to centralization, including various forms of informal coordination, with multiple plaintiffs in the Subject Actions. (*See* Ismail Decl. ¶ 8.) The requested 14-day extension will allow the parties to fully explore and discuss these alternatives, and in turn more fully address such alternatives in briefing on the Motion to Transfer.

6. Defendants have also not yet been served with process in several of the Subject Actions, including the action brought by Plaintiff Revolinsky. (*See* Ismail Decl. ¶¶ 2–5.) The 14-day extension will ensure that Defendants have communicated and discussed possibilities for informal coordination with representatives of all Plaintiffs in all Subject Actions.

7. The parties will not be prejudiced by the requested 14-day extension. The Motion to Transfer is not currently scheduled to be heard at the next Panel hearing session on May 27, 2021, and, as shown in the proposed schedule below, the requested extension will allow briefing

to conclude well in advance of the following Panel hearing session, which has not yet been scheduled.

| Briefing | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Response Brief(s) | May 20, 2021 | June 3, 2021 |
| Plaintiff Revolinsky's Reply | May 27, 2021 | June 10, 2021 |

For the foregoing reasons, and for good cause shown, Defendants respectfully request that the Clerk of the Panel grant this unopposed motion and allow Defendants an extension of time of 14 days, up to and including June 3, 2021, to file their response to Plaintiff Laura Revolinsky's Motion to Transfer as discussed herein and grant them any further relief that is appropriate.

Date: May 5, 2021

                                                 */s/ Tarek Ismail*
Tarek Ismail
tismail@goldmanismail.com
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

*Counsel for Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Animal Health Inc., Bayer U.S. LLC, Elanco Animal Health Inc., and Elanco U.S. Inc.*