# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL. NO. 3009 |

## DECLARATION OF TAREK ISMAIL IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF LAURA REVOLINKSY'S MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

I, Tarek Ismail, hereby declare:

1. I am an attorney duly licensed to practice before all courts of the State of Illinois, and I am a partner at the law firm Goldman Ismail Tomaselli Brennan & Baum LLP, attorneys for Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Animal Health Inc., Bayer U.S. LLC, Elanco Animal Health Inc., and Elanco U.S. Inc. in all actions subject to Plaintiff Laura Revolinsky's Motion for Transfer of Actions to the District of New Jersey Pursuant to 28 U.S.C. § 1407 For Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer"). I have personal knowledge of the facts stated herein, and if called as a witness, I could and would competently testify thereto under oath.

2. On April 5, *Dphrepaulezz v. Bayer Healthcare LLC, et al.*, Case No. 3:21-cv-02439-EMC, was filed in the Northern District of California. Service of process has not been completed.

3. On April 6, *Walsh v. Elanco Animal Health, Inc.*, Case No. 1:21-cv-02929-AT, was filed in the Southern District of New York. Service of process has not been completed.

4. On April 19, *Borchek, et al. v. Bayer Healthcare LLC, et al.*, Case No. 1:21-cv-02099-JRB, was filed in the Northern District of Illinois. Service of process has not been completed.

5. On April 22, *Revolinsky v. Elanco Animal Health Incorporated, et al.*, Case No. 2:21-cv-10003-SDW-MAH, was filed in the District of New Jersey. Service of process has not been completed.

6. On May 5, 2021, counsel for plaintiffs in three of the actions subject to the Motion to Transfer confirmed via email that plaintiffs in all of the subject actions do not oppose a 14-day extension of time for Defendants to respond to Plaintiff Revolinsky's Motion to Transfer.

7. Attorneys at my firm have spoken with counsel for plaintiffs in multiple actions subject to the Motion to Transfer regarding the possibility of informal coordination. These conversations have included discussion of various alternatives to centralization, including engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject actions. These discussions are ongoing, and the parties would benefit from additional time to reach an agreement.

I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

Executed this 5th day of May, 2021, in Buffalo Grove, Illinois.

                                                      /s/ Tarek Ismail
                                                    Tarek Ismail