**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: SERESTO FLEA AND TICK COLLAR MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | **MDL. NO. 3009** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF LAURA REVOLINKSY'S MOTION FOR TRANSFER OF ACTIONS TO THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS** was electronically filed with the Clerk of the JPML via CM/ECF and was served on all counsel of record who are deemed to have consented to electronic service. I further certify that copies of the above-referenced documents were sent to counsel as detailed in the service list attached hereto.

Date: May 5, 2021

*/s/ Tarek Ismail*
Tarek Ismail

*Counsel for Defendants Bayer Corporation, Bayer HealthCare LLC, Bayer HealthCare Animal Health Inc., Bayer U.S. LLC, Elanco Animal Health Inc., and Elanco U.S. Inc.*

1

# <u>SERVICE LIST</u>

*Attorneys for Plaintiffs Rhonda Bomwell and Larry Sites*
Served via E-mail

David M. Estes
MAZIE SLATER KATZ & FREEMAN LLC
103 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 228-9898
Fax: (973) 228-0303
E-mail: destes@mazieslater.com

Brian R. Morrison
Ariana J. Tadler
TADLER LAW LLP
One Penn Plaza, 36th Floor
New York, NY 10119
Tel: (646) 924-1040
Fax: (212) 868-1229
E-mail: bmorrison@tadlerlaw.com
E-mail: atadler@tadlerlaw.com

*Attorneys for Plaintiffs Jennifer Borchek and Lauren Skurkis*
Served via E-mail

Bradford B. Lear
Todd C. Werts
Anthony J. Meyer
LEAR WERTS LLP
103 Ripley Street
Columbia, MO 65201
Tel: (573) 875-1991
Fax: (573) 279-0024
E-mail: lear@learwerts.com
E-mail: werts@learwerts.com
E-mail: meyer@learwerts.com

*Attorneys* for *Plaintiff John Czerniak*
Served via E-mail

Alex R. Straus
GREG COLEMAN LAW PC
16748 McCormack Street
Los Angeles, CA 91436
Tel: (917) 471-1894
E-mail: alex@gregcolemanlaw.com

Rachel Soffin
Jonathan B. Cohen
William A. Ladnier
GREG COLEMAN LAW PC
First Tennessee Plaza 800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
E-mail: rachel@gregcolemanlaw.com
E-mail: jonathan@gregcolemanlaw.com
E-mail: will@gregcolemanlaw.com

*Attorneys* for *Plaintiff Darlene Dahlgren*
Served via E-mail

Alex R. Straus
GREG COLEMAN LAW PC
16748 McCormack Street
Los Angeles, CA 91436
Tel: (917) 471-1894
E-mail: alex@gregcolemanlaw.com

Rachel Soffin
Jonathan B. Cohen
William A. Ladnier
GREG COLEMAN LAW PC
First Tennessee Plaza 800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
E-mail: rachel@gregcolemanlaw.com
E-mail: jonathan@gregcolemanlaw.com
E-mail: will@gregcolemanlaw.com

*Attorneys for Plaintiff Michaele Dphrepaulezz*
Served via E-mail

L. Timothy Fisher
Yeremey Krivoshey
Blair E. Reed
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: (925) 300-4455
Fax: (925) 407-2700
E-mail: ltfisher@bursor.com
E-mail: ykrivoshey@bursor.com
E-mail: breed@bursor.com

Scott A. Bursor
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel: (305) 330-5512
Fax: (305) 676-9006
E-mail: scott@bursor.com

*Attorneys for Plaintiff Thomas Maiorino*
Served via E-mail

Simon Bahne Paris
Patrick Howard
SALTZ, MONGELUZZI, & BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Tel: (215) 575-3985
E-mail: sparis@smbb.com
E-mail: phoward@smbb.com

Daniel E. Gustafson
Mary Nikolai
David Goodwin
GUSTAFSON GLUEK, PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
E-mail: mnikolai@gustafsongluek.com

E-mail: dgoodwin@gustafsongluek.com

---

*Attorneys for Plaintiffs Michael McDermott and Christina McDermott*
Served via E-mail

William T. Dowd
Alex R. Lumaghi
Lia Dowd
DOWD & DOWD, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
Tel: (314) 621-2500
Fax: (314) 621-2503
E-mail: bill@dowdlaw.net
E-mail: alex@dowdlaw.net
E-mail: lia@dowdlaw.net

---

*Attorneys* for *Plaintiff Amanda Merriman*
Served via E-mail

Alex R. Straus
GREG COLEMAN LAW PC
16748 McCormack Street
Los Angeles, CA 91436
Tel: (917) 471-1894
E-mail: alex@gregcolemanlaw.com

Rachel Soffin
Jonathan B. Cohen
William A. Ladnier
GREG COLEMAN LAW PC
First Tennessee Plaza 800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
E-mail: rachel@gregcolemanlaw.com
E-mail: jonathan@gregcolemanlaw.com
E-mail: will@gregcolemanlaw.com

---

*Attorneys for Plaintiff Laura Revolinsky*
Served via E-mail

Joseph LoPiccolo
John N. Poulos
Anthony S. Almeida
POULOS LOPICCOLO PC

1305 South Roller Road
Ocean, New Jersey 07712
Tel: (732) 757-0165
E-mail: lopiccolo@pllawfirm.com
E-mail: poulos@pllawfirm.com
E-mail: almeida@pllawfirm.com

Bruce H. Nagel
Randee Matloff
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 618-0400
E-mail: rmatloff@nagelrice.com
E-mail: bnagel@nagelrice.com

---

*Attorneys for Plaintiff Steven Schneider*
Served via E-mail

Jeffrey R. Krinsk
John J. Nelson
Keia James Atkinson
FINKELSTEIN & KRINSK LLP
501 W. Broadway, Suite 1260
San Diego, California 92101
Tel: (619) 238-1333
Fax: (619) 238-5425
E-mail: jrk@classactionlaw.com
E-mail: jjn@classactionlaw.com
E-mail: kja@classactionlaw.com

---

*Attorneys for Plaintiffs Aitana Vargas and Faye Hemsley*
Served via E-mail

George V. Granade
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Tel: (310) 393-0070
Fax: (212) 253-4272
E-mail: ggranade@reesellp.com

Michael R. Reese
REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025

Tel: (212) 643-0500
Fax: (212) 253-4272
E-mail: mreese@reesellp.com

Spencer Sheehan
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road, Suite 409
Great Neck, New York 11021
Tel: (516) 268-7080
Fax: (516) 234-7800
E-mail: spencer@spencersheehan.com

Steffan Keeton
THE KEETON FIRM LLC
100 South Commons, Suite 102
Pittsburgh, Pennsylvania 15212
Tel: (888) 412-5291
E-mail: stkeeton@keetonfirm.com

---

*Attorneys for Plaintiff Jennifer Walsh*
Served via E-mail

Matthew M. Guiney
Kevin G. Cooper
Betsy C. Manifold
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
E-mail: guiney@whafh.com
E-mail: kcooper@whafh.com
E-mail: manifold@whafh.com

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
111 W. Jackson St., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com